**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6588**

———————

ALEXANDER CAMERON,

Plaintiff - Appellant,

versus

J. BOONE, Unit Manager; MS. ROBERTS, Counsel-
or; MS. MACER, Counselor,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  James C. Cacheris, Senior Dis-
trict Judge.  (CA-99-962-AM)

———————

Submitted:  October 26, 2000          Decided:  November 1, 2000

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alexander Cameron, Appellant Pro Se.  Pamela Anne Sargent, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cameron Alexander, a Virginia inmate, appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Cameron v. Boone, No. CA-99-962-AM (E.D. Va. Apr. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED